DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for Plaintiff*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
JONATHAN S. PASTERNAK, ESQ.
STEVEN R. SCHOENFELD, ESQ.
jpasternak@ddw-law.com
srs@ddw-law.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 21st CENTURY ONCOLOGY HOLDINGS, INC., *et al.* | Lead Case No. 17-22770 (RDD) |
| Debtors. | (Jointly Administered) |
| UNITED STATES OF AMERICA EX REL. DAVID DI PIETRO, | |
| Plaintiff, | Adversary Proceeding No. 17-08284-rdd |
| v. | |
| 21st CENTURY ONCOLOGY HOLDINGS, INC., 21st CENTURY ONCOLOGY, INC., and 21st CENTURY ONCOLOGY, LLC, | |
| Defendants. | |

**ACCEPTANCE AND WAIVER OF SERVICE OF PROCESS**

Plaintiff, by and through undersigned counsel, and Defendants, 21st Century Oncology Holdings, Inc., 21st Century Oncology, Inc., and 21st Century Oncology, LLC, by and through undersigned counsel, stipulate to waive the requirements of formal service of process and

Defendants acknowledge receipt of a copy of the *Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(2) and 1141 (d)(6)* [ECF No. 1] (the "Complaint") and *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [ECF No. 2] (the "Summons") in this action, and in doing so specifically waive formal service of process pursuant to Fed. R. Bankr. P. 7004, and agree service is effective as of September 29, 2017.

      Respectfully submitted,

      DELBELLO DONNELLAN WEINGARTEN
      WISE & WIEDERKEHR, LLP
      *Counsel for Plaintiff*
      One North Lexington Avenue
      White Plains, New York 10601
      (914) 681-0200
      SRS@ddw-law.com

      By: */s/ Steven R. Schoenfeld*
        Steven R. Schoenfeld, Esq.

      -and-

      KIRKLAND AND ELLIS LLP
      *Counsel for Defendants*
      555 California Street
      San Francisco, California 94104
      Tel. (415) 439-1400
      michael.esser@kirkland.com

      By: */s/ Michael P. Esser*
        Michael P. Esser