# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Christopher Marcus<br>To Call Writer Directly:<br>(212) 446-4878<br>Christopher.marcus@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>www.kirkland.com | Facsimile:<br>(212) 446-6460 |

October 23, 2017

**Via ECF**

Judge Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re: *United States of America Ex Rel. David Di Pietro v. 21st Century Oncology Holdings, Inc., et al.*, Case No. 17-08284 (RDD)

Dear Judge Drain:

We represent the defendants ("Defendants") in the above-referenced litigation. Defendants conferred with Plaintiff's counsel regarding Defendants' time to respond to the Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(2)(A) and 1141(d)(6) (Dkt. 1) ("Complaint"), and Plaintiff consented to a one-week extension of the deadline. Accordingly, Defendants respectfully request that the Court extend the deadline to respond to Plaintiff's Complaint from October 27, 2017 to November 3, 2017.

Respectfully submitted,

*/s/ Christopher Marcus*
Christopher Marcus

cc:   Counsel of Record (via ECF)